# EXHIBIT A-1



**Source**: https://www.apple.com/shop/buy-iphone/iphone-11

### Set a passcode on iPhone

For better security, set a passcode that needs to be entered to unlock iPhone when you turn it on or wake it. Setting a passcode also turns on data protection, which encrypts your iPhone data with 256-bit AES encryption. (Some apps may opt out of using data protection.)

Source: https://support.apple.com/guide/iphone/set-a-passcode-iph14a867ae/14.0/ios/14.0

### Set up Face ID on iPhone

Use Face ID (supported models) to securely and conveniently unlock iPhone, authorize purchases and payments, and sign in to many third-party apps by simply glancing at your iPhone.

To use Face ID, you must also set up a passcode on your iPhone.

Source: https://support.apple.com/guide/iphone/set-up-face-id-iph6d162927a/14.0/ios/14.0

FIG. 1



Source: https://support.apple.com/en-us/HT204060

FIG. 2



Source: https://support.apple.com/en-us/HT208109

FIG. 3

**Set a passcode on iPhone**

For better security, set a passcode that needs to be entered to unlock iPhone when you turn it on or wake it. Setting a passcode also turns on data protection, which encrypts your iPhone data with 256-bit AES encryption. (Some apps may opt out of using data protection.)

Source: https://support.apple.com/guide/iphone/set-a-passcode-iph14a867ae/14.0/ios/14.0

**Face ID**        Enabled by TrueDepth camera for facial recognition

Source: https://www.apple.com/iphone-11/specs/

FIG. 4



Source: https://support.apple.com/en-us/HT204060

Source: https://support.apple.com/guide/iphone/set-a-passcode-iph14a867ae/14.0/ios/14.0

Source: https://www.apple.com/iphone-11/specs/

FIG. 5