## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **ALTPASS LLC,** | |
| Plaintiff, | Case No.  6:21-cv-805 |
| v. | JURY TRIAL DEMANDED |
| **APPLE INC.,** | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Altpass LLC ("Plaintiff"),by and through its undersigned attorney, hereby provides notice that the above-captioned action is voluntarily dismissed with prejudice. Defendant Apple Inc. has not yet filed an answer or a motion for summary judgment.

DATED November 11, 2021.

Respectfully submitted,

By: */s/ Neal Massand*
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

1

**ATTORNEY FOR PLAINTIFF**
**ALTPASS LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 11th day of November, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, Waco Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Neal Massand*
Neal Massand